UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| DONNA HEDGES, | : | 26-cv-4664 (SHS) |
| Plaintiff, | : | ORDER OF DISMISSAL |
| -v- | : | |
| JOCKO FUEL LLC, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Plaintiff having notified the Court that the parties have settled [ECF Doc. No. 7],

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may make a request in writing to reinstate this action.

The Clerk of Court shall change the caption of this action on ECF as set forth above.

Dated: New York, New York
September 17, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.